Christopher W. Steward (CA Bar No. 171188)
CHRISTOPHER W. STEWARD, APLC
3110 Camino Del Rio South, Suite 315
San Diego, CA 92108
(619) 297-8480 tel.
(619) 272-5191 fax
*chris@stewlaw.com*

Attorney for Plaintiff Lyron Bentovim

## UNTIED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LYRON BENTOVIM, an individual ) | Case No. 8-17-CV-01927-DFM |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF WITHDRAWAL OF** |
| v. ) | **APPLICATION OF NON-RESIDENT** |
| ) | **ATTORNEY TO APPEAR IN A SPECIFIC** |
| ) | **CASE PRO HAC VICE** |
| LENDPLUS HOLDINGS, INC., a Nevada ) | |
| corporation; and DOES 1-25, inclusive. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

The undersigned hereby withdraws the Application of Non-Resident Attorney Steven J.

Brown to Appear Pro Hac Vice on behalf of Plaintiff Lyron Bentovim filed on November 9,

2017 at Document No. 9.

Dated: January 15, 2018.

CHRISTOPHER W. STEWARD, APLC

By:     /s/ Christopher W. Steward
          Christopher W. Steward
          3110 Camino Del Rio South, Suite 315
          San Diego, CA 92108
          Attorney for Plaintiff

1